UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MEGHAN NEWELL,** | ) |
| | ) **JURY DEMAND** |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 3:23-cv-00974 |
| | ) |
| **LANDMARK RECOVERY** | ) Judge Eli Richardson |
| **OF LOUISVILLE, LLC,** | ) |
| | ) Magistrate Judge Holmes |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff, Meghan Newell, by counsel, moves this Court to enforce the Parties Settlement Agreement & General Release against Defendant, Landmark Recovery of Louisville, LLC and award Plaintiff her attorney fees for having to file this Motion. Plaintiff submits her Brief in Support of her Motion. Additionally, Plaintiff submits the following Exhibits in Support:

1. Exhibit A – Settlement Agreement and General Release between Plaintiff and Defendant;

2. Exhibit B – Declaration of Lauren E. Berger and attorney fees accounting

WHEREFORE, Plaintiff, Meghan Newell, prays the Court grant her Motion to Enforce Settlement Agreement against Defendant, order Defendant to comply with the terms of the Parties' Agreement, award to Plaintiff her costs and attorney fees, and for any and all other relief.

1

Respectfully submitted,

*s/ Lauren E. Berger*_____
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue
Suite 500
Nashville, TN 37203
Phone: (615) 783-2171
Fax: (812) 424-1005
Email: kfb@bdlegal.com


Lauren E. Berger, admitted *pro hac vice*
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: lberger@bdlegal.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2025, a copy of the foregoing Plaintiff's *Motion to Enforce Settlement Agreement* was filed electronically. Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.

                                          ___/s/Lauren E. Berger_____
                                                 Lauren E. Berger