IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEGHAN NEWELL, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:23-cv-00974 |
| v. | ) JUDGE RICHARDSON |
| LANDMARK RECOVERY OF LOUISVILLE, LLC, | ) |
| Defendant. | ) |

## JUDGMENT

In a recent order (Doc. No. 36), the Court granted "Plaintiff's Motion to Enforce Settlement Agreement" (Doc. No. 33, "Motion"). In accordance with that order, judgment is entered in favor of Plaintiff and against Defendant, Landmark Recovery of Louisville, LLC, in the amount of $12,000.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE